Mark E. DAVIS; Tammy L. Davis,
Plaintiffs–Appellees,

v.

REO AMERICA, INCORPORATED, a
Florida corporation, and any and all
persons; Rebuild America, Incorpo-
rated, a Florida Corporation, Defen-
dants–Appellees,

and

Mike Rutherford, Sheriff of Kanawha
County; Vera McCormick, Clerk of
the County Commission of Kanawha
County; 100 John Does, having or
claiming any interest in real estate
identified as 51 Woodbridge Drive,
Charleston, West Virginia, Defen-
dants,

v.

Huntington National Bank, N.A.,
Movant–Appellant.

No. 10–1091.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 7, 2010.

Philip Brown Hereford, Hereford &
Hereford, Charleston, West Virginia, for
Appellant. Mark E. Davis, Tammy L.
Davis, Appellees Pro Se; James William
Lane, Jr., Charleston, West Virginia, for
Appellees.

Before GREGORY, SHEDD, and
KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Huntington National Bank appeals from
the district court's order denying its re-
quest for attorneys fees following the im-
proper removal of the underlying proceed-
ing. Because Huntington was not a party
to the proceedings in district court, the
court acted within its discretion in denying
Huntington's motion for attorney fees.
*See People for the Ethical Treatment of
Animals v. Doughney,* 263 F.3d 359, 370
(4th Cir.2001) (providing standard of re-
view). We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Davis v. Rutherford,* No. 2:09–
cv–00096 (S.D.W.Va. filed Oct. 6, 2009 &
entered Oct. 8, 2009). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*